NUMBER 13-08-00126-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

DAVID SOTO, APPELLANT,


v.



TEXAS STATE BANK, APPELLEE.

_____________________________________________________________


On Appeal from the County Court at Law No. 2 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, David Soto, attempted to perfect an appeal from an order entered by the
County Court at Law No. 2 of Hidalgo, County, Texas, in cause no. CL-06-2160-B. Upon
review of the documents before the Court, the notice of appeal is not in compliance with
Tex. R. App. P. 25.1(d)(7). The Clerk of this Court notified appellant of this defect so that
steps could be taken to correct the defect, if it could be done. See Tex. R. App. P. 37.1,
42.3. Appellant was advised that, if the defect was not corrected within ten days from the
date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. 
Appellant failed to respond to the Court's notice. 

 The Court, having considered the documents on file and appellant's failure to correct
the defect in this matter, is of the opinion that the appeal should be dismissed for want of
jurisdiction. See id. Accordingly, the appeal is DISMISSED FOR WANT OF
JURISDICTION. See id. 42.3(b),(c).

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 21st day of August, 2008.